UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Efrain Lopez-Gallegos )<br>)<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR308-BTM<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06966298 |

On order of the United States District/<u>Magistrate Judge,</u>   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Sandra Garcia-Sifuentes

DATED: 2-7-08

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk