FILED

08 APR -8 PM 4:59

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EFRAIN LOPEZ-GALLELOS<br><br>　　　　Defendant. | Criminal Case No.: 08cr0308-BTM<br>Magistrate Case No.:08mj0139-NLS<br><br><br><br>**ORDER TO EXONERATE BOND** |

　　　　IT IS HEREBY ORDERED that the personal surety bond of $5000.00 which secured the presence of the Material Witness, Sandra Garcia-Cifuentes be exonerated forthwith, and the cash deposit of $500.00 to be returned to the surety at the following address;

**Maria Gomez**

**1260 West Congress**

**San Bernardino,   CA 92410**

Date: March 27, 2008

Nita L. Stormes
United States Magistrate Judge

Order to Exonerate Bond

1

PINS: 1032289564          Subject ID : 268427531          Event No: 5YS0801000955

U.S. Department of Homeland Security

## Withdrawal of Application for Admission/Consular Notification

| Basis for Action *(check all that apply)* | | File No. A095 739 903 |
|---|---|---|
| | | Date: 02/29/2008 |

- ☒ Application for Admission Withdrawn
- ☐ Visa/BCC Canceled
- ☐ VWPP Refusal
- ☐ Ordered removed (inadmissible) by Immigration Judge -Section 235(b)(2)(order attached)
- ☐ Ordered removed (inadmissible) by DHS - Section 235(b)(1)(order attached)
- ☐ Waiver revoked (212)(d)(3) (order attached)
- ☐ Departure required (8 CFR 240.25) (Form I-213 attached)

Notice to: American Consul Tijuana, Baja California, Mexico          From: SAN YSIDRO, CA  US 92173
                          (Location)                                              (Location)

| Name (FAMILY, Given, Middle) |
|---|
| GARCIA SIFUENTES, Sandra |

| Citizenship | Country of birth | Date of birth |
|---|---|---|
| MEXICO | MEXICO | 08/30/1964 |

| Complete foreign address (Mailing Address) |
|---|
| #7709 JOSE LUIS CUEVAS |
| CHIHUAHUA CHIHUAHUA MEXICO |

| Complete U.S. address |
|---|
| 1600 WEST 5TH ST |
| SAN BERNARDINO CALIFORNIA 92411 |

| Airline/Vessel of arrival | Port of arrival | Date of arrival |
|---|---|---|
| 5XXX05 | SAN YSIDRO, CA | 01/15/2008 2204 |

| Visa number, type | Date, place of visa issuance | Social Security Number |
|---|---|---|
| | | |

Reasons (Include all pertinent facts concerning denial of application for admission, including use of altered, counterfeit or fraudulent documents):

**Right Index Finger**

On January 15, 2008, Sandra GARCIA-Cifuentes was encountered at the San Ysidro, California Port of Entry. GARCIA-Cifuentes attempted entry into the United States from Mexico by concealment in the trunk of a vehicle driven by Defendant Efrain Lopez-Gallegos. GARCIA-Cifuentes was summarily paroled into the United States as a material witness.

On February 6, 2008 GARCIA-Cifuentes was paroled out of custody, pending the conclusion of the case. On February 11, 2008 arrangements were made with GARCIA-Cifuentes to be returned to the custody of Customs and Border Protection.

On February 28, 2008, material witness, GARCIA-Cifuentes appeared at the San Diego Office. GARCIA-Cifuentes was afforded the opportunity to withdraw in lieu of removal proceedings....(CONTINUED ON I-831)

Continue on reverse or attach separate sheet as needed

| JORGE CAMARILLO | CBP ENFORCEMENT OFFICE | For [signature] |
|---|---|---|
| Name and Title of Office (Print) | | Signature of Officer |

Form I-275 (Rev 08/01/07)

## TO BE COMPLETED BY ALIEN WHEN APPLICATION FOR ADMISSION WITHDRAWN

I understand that my admissibility is questioned for the above reasons, which I have read or which have been read to me in the ____Spanish____ language. I request that I be permitted to withdraw my application for admission and return abroad. I understand that my voluntary withdrawal of my application for admission is in lieu of a formal determination concerning my admissibility.

☒ by an immigration officer          ☐ in removal proceedings before an immigration judge

_____2/29/08_____                    _____SANDRA GARCIA_____
          Date                                Signature of alien

## INSTRUCTIONS

For withdrawal procedures, see Inspections Field Manual Chapters 17.2 and 17.15. Aliens who appear inadmissible pursuant to section 235(b)(2) of the INA who elect to withdraw application for admission may choose at any time to appear before an immigration judge for a hearing in removal proceedings. Aliens who appear inadmissible pursuant to section 235(b)(1) or inadmissible pursuant to 8 CFR 217.4 are not entitled to a hearing before an immigration judge.

If a visa is canceled pursuant to 22 CFR 41.112 or a consular-issued Border Crossing Card is voided under authority of 22 CFR 41.32 or 8 CFR 212.6, forward original of I-275 to consular post which issued the canceled or voided document.

ATTACH:   Any lifted document
          Relating form I-213 or I-862 (Notice to Appear)
          Relating removal or waiver revocation order
          Any relating memorandum report or sworn statement

Form I-275 (Rev 08/01/07)

Case 3:08-mj-00139-NLS    Document 16    Filed 04/08/2008    Page 4 of 5
02/29/08  15:45 FAX                                          ☒007
Case 3:08-mj-00139-NLS    Document 15-2    Filed 03/27/2008    Page 4 of 4

| U.S. Department of Homeland Security | | Continuation Page for Form I275 |
|---|---|---|
| Alien's Name<br>GARCIA SIFUENTES, Sandra | File Number<br>A095 739 903<br>Event No: SYS0801000955 | Date<br>February 29, 2008 |

GARCIA-Cifuentes accepted. An I-275 was generated and served upon GARCIA-Cifuentes. The re-parole was rescinded and GARCIA-Cifuentes was summarily returned to Mexico.

| Signature | Title |
|---|---|
| JORGE CAMARILLO | CBP ENFORCEMENT OFFICER |

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)





Department of Homeland Security
U.S. Customs and Border Protection
720 E. San Ysidro Blvd., 2nd Floor
San Ysidro, CA 92173

Date: 2/29/2008

To: Attorney Linda A. King

Phone: (619) 233-8034

Fax: (619) 233-4516

From: Adriana Rosas-Carranza
(Material Witness Coordinator)

Office: San Ysidro POE Prosecutions Office

Phone: (619) 557-6477

Fax: (619) 557-6996

Number of Pages including this cover: 7

Comments: RE: Erica Garcia-Torresia  A089 269 887
Sandra Garcia-Sifuentes A095 739 903
(Material Witnesses)
USA v. Lopez-Gallegos

Attached are copies of the I-275 documents, which serve as proof of voluntary departure from the United States