FILED

08 APR -8 PM 5:00

[illegible]

DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EFRAIN LOPEZ-GALLELOS<br><br>　　　　Defendant. | Criminal Case No.: 08cr0308-BTM<br>Magistrate Case No.:08mj0139-NLS<br><br><br><br>ORDER TO EXONERATE BOND |

IT IS HEREBY ORDERED that the personal surety bond of $5000.00 which secured the presence of the Material Witness, Margarita Zaragosa-Alcada be exonerated forthwith, and the cash deposit of $500.00 to be returned to the surety at the following address;

**Carmen Ponce**

**29296 Murrieta Rd**

**Sun City,  CA 92586**

Date: March 27, 2008

Nita L. Stormes
United States Magistrate Judge

Order to Exonerate Bond

1

PINS: 1070006489          Subject ID : 268427527         Event No: SYS0801000955
U.S. Department of Homeland Security

## Withdrawal of Application for Admission/Consular Notification

Basis for Action *(check all that apply)*        File No. A095 739 861

                                                 Date: 02/21/2008

☒  Application for Admission Withdrawn
☐  Visa/BCC Canceled
☐  VWPP Refusal
☐  Ordered removed (inadmissible) by Immigration Judge -Section 235(b)(2)(order attached)
☐  Ordered removed (inadmissible) by DHS - Section 235(b)(1)(order attached)
☐  Waiver revoked (212)(d)(3) (order attached)
☐  Departure required (8 CFR 240.25) (Form I-213 attached)

Notice to: American Consul Tijuana, Baja California, Mexico    From: SAN YSIDRO, CA US 92173
           *(Location)*                                              *(Location)*

Name (FAMILY, Given, Middle)
ZARAGOZA ALCALA, Margarita

Citizenship: MEXICO
Country of birth: MEXICO
Date of birth: 07/15/1963

Complete foreign address (Mailing Address)
#77 CALLE AVENIDA OJO DE AGUA
PENJAMO GUANAJUATO MEXICO

Complete U.S. address
20177 MORAL ST
PERRIS CALIFORNIA 92570

Airline/Vessel of arrival: XXXX
Port of arrival: SAN YSIDRO, CA
Date of arrival: 01/15/2008 2204

Visa number, type:
Date, place of visa issuance:
Social Security Number:

Reasons (Include all pertinent facts concerning denial of application for admission, including use of altered, counterfeit or fraudulent documents).

**Right Index Finger**

On January 15, 2008, Margarita ZARAGOZA-Alcala was encountered at the San Ysidro, California Port of Entry. ZARAGOZA attempted entry into the United States from Mexico by concealment in the trunk of a vehicle driven by Defendant Lopez-Gallegos. ZARAGOZA was summarily paroled into the United States as a material witness.

On January 23, 2008 ZARAGOZA was paroled out of custody, pending the conclusion of the case. On February 11, 2008 arrangements were made with ZARAGOZA to be returned to the custody of Customs and Border Protection.

On February 21, 2008, material witness, ZARAGOZA appeared at the San Diego Office. ZARAGOZA was afforded the opportunity to withdraw in lieu of removal proceedings. ZARAGOZA accepted. An I-275 was generated and served upon ZARAGOZA. The re-parole was...(CONTINUED ON I-831)

Continue on reverse or attach separate sheet as needed.

JORGE CAMARILLO        CBP ENFORCEMENT OFFICE
Name and Title of Officer (Print)                    Signature of Officer

Form I-275 (Rev 08/01/07)

## TO BE COMPLETED BY ALIEN WHEN APPLICATION FOR ADMISSION WITHDRAWN

I understand that my admissibility is questioned for the above reasons, which I have read or which have been read to me in the ____Spanish____ language. I request that I be permitted to withdraw my application for admission and return abroad. I understand that my voluntary withdrawal of my application for admission is in lieu of a formal determination concerning my admissibility:

☒ by an immigration officer      ☐ in removal proceedings before an immigration judge

_2/21/08_
Date

_+Margarita Zaragoza_
Signature of Alien

## INSTRUCTIONS

For withdrawal procedures, see Inspections Field Manual Chapters 17.2 and 17.15. Aliens who appear inadmissible pursuant to section 235(b)(2) of the INA who elect to withdraw application for admission may choose at any time to appear before an immigration judge for a hearing in removal proceedings. Aliens who appear inadmissible pursuant to section 235(b)(1) or inadmissible pursuant to 8 CFR 217.4 are not entitled to a hearing before an immigration judge.

If a visa is canceled pursuant to 22 CFR 41.112 or a consular-issued Border Crossing Card is voided under authority of 22 CFR 41.32 or 8 CFR 212.6., forward original of I-275 to consular post which issued the canceled or voided document.

ATTACH.     Any lifted document
            Relating form I-213 or I-862 (Notice to Appear)
            Relating removal or waiver revocation order
            Any relating memorandum report or sworn statement

Form I-275 (Rev. 08/01/07)

Case 3:08-mj-00139-NLS   Document 17   Filed 04/08/2008   Page 4 of 5
02/21/08  13:58 FAX                                                    @004
Case 3:08-mj-00139-NLS   Document 15-3   Filed 03/27/2008   Page 4 of 4

| U.S. Department of Homeland Security | | Continuation Page for Form I275 |
|---|---|---|
| Alien's Name ZARAGOZA ALCALA, Margarita | File Number A095 739 861 Event No: SYS0801000955 | Date February 21. 2008 |

rescinded and ZARAGOZA was summarily returned to Mexico

| Signature  JORGE CAMARILLO | Title CBP ENFORCEMENT OFFICER |

3 of 3 Pages

Form I-831 Continuation Page (Rev 08/01/07)




Department of Homeland Security
U.S. Customs and Border Protection
720 E. San Ysidro Blvd., 2nd Floor
San Ysidro, CA 92173

Date:  2/21/2008

To:  Attorney Linda A. King

Phone: (619) 233-8034

Fax: (619) 233-4516

From:   Adriana Rosas-Carranza
        (Material Witness Coordinator)

Office:   San Ysidro POE Prosecutions Office

Phone:   (619) 557-6477

Fax:     (619) 557-6996

Number of Pages including this cover:  4

Comments:   RE: Margarita Zaragoza-Alcala
            A095 739 861
            (Material Witness)
            USA v. Lopez-Gallegos

Attached are copies of the I-275 documents, which serve as proof of voluntary departure from the United States